United States District Court

For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9   AKEEM O. BROWN,                          No. C-12-02113 DMR
10              Plaintiff(s),                **ORDER MOVING CASE
                                            MANAGEMENT CONFERENCE**
11      v.
12  SHAWN DAVID GREEN,
13              Defendant(s).
    _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16          The Initial Case Management Conference previously scheduled for September 19, 2012 has
17  been moved to **September 13, 2012 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court,
18  1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19  **September 6, 2012.**
20          IT IS SO ORDERED.
21
22  Dated:  August 27, 2012
23                                          _____
24                                          DONNA M. RYU
                                            United States Magistrate Judge
25
26
27
28