**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AKEEM O. BROWN,

      Plaintiff(s),

    v.

SHAWN DAVID GREEN,

      Defendant(s).

_____/

No. C-12-02113 DMR

**ORDER MOVING CASE
MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

      The Initial Case Management Conference previously scheduled for September 19, 2012 has been moved to **September 13, 2012 at 11:00 a.m.**,  Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **September 6, 2012.**

      IT IS SO ORDERED.

Dated:  August 27, 2012

_____
DONNA M. RYU
United States Magistrate Judge