UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Akeem O. Brown | ) | |
|     Plaintiff, | ) | Case Number: C 12-2113 DMR |
| | ) | |
|     vs. | ) | ORDER APPOINTING COUNSEL |
| Shawn David Green, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

    Because the Plaintiff, Akeem O. Brown, has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, George Yu and Alison Maddeford of Schiff Hardin LLP are hereby appointed as counsel for Plaintiff in this matter.

    The scope of this referral shall be for:

- [x] all purposes for the duration of the case
- [ ] the limited purpose of representing the litigant in the course of
   - [ ] mediation
   - [ ] early neutral evaluation
   - [ ] settlement conference
   - [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
   - [ ] discovery as follows: _____
   - [ ] other: _____

    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: September 26, 2012

_____
United States District/Magistrate Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES