UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEM O. BROWN,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SHAWN DAVID GREEN,<br><br>        Defendant(s).<br>_____/ | No. C 12-02113 DMR<br><br>**ORDER EXTENDING STAY AND CONTINUING DEADLINE TO FILE AMENDED COMPLAINT** |

By order dated September 14, 2012, the court entered a stay of this action pending appointment of counsel. To provide Plaintiff's new counsel with sufficient time to become familiar with the case, the court EXTENDS the stay to October 29, 2012. Accordingly, the deadline for Plaintiff to file any amended complaint is continued to December 7, 2012.

IT IS SO ORDERED.

Dated: September 26, 2012

_____
DONNA M. RYU
United States Magistrate Judge