DOUGLAS Q. HAHN (SBN 257559)
dhahn@sycr.com
SALIL BALI (SBN 263001)
sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Facsimile: (949) 725-4100

Attorneys for Defendants
GREENFLY MEDIA NETWORK LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEM O. BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>GREENFLY MEDIA NETWORK, LLC, and BRENDON KENSEL, and DOES 1-10<br><br>Defendant. | CASE NO. CV12-02113 DMR<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Donna M. Ryu<br>Courtroom: 4 |
| GREENFLY MEDIA NETWORK, LLC,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>AKEEM O. BROWN, an individual and DREAM SPORTS MANAGEMENT, INC., a California corporation<br><br>Counterclaim-Defendants | Judge: Hon. Kandis A. Westmore, for settlement purposes |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
LITIOC/2064195v1/102013-0003

1  IT IS HEREBY ORDERED that:

2      The Settlement Conference presently scheduled for February 20, 2013 be continued to

3  March 15, 2013.

4

5  DATED: February 14, 2013

6

7

8  By: _____
       Honorable Kandis A. Westmore
       United States District Court Magistrate Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
LITIOC/2064195v1/102013-0003