1  DOUGLAS Q. HAHN (SBN 257559)
   dhahn@sycr.com
2  SALIL BALI (SBN 263001)
   sbali@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH, P.C.
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA  92660-6422
   Telephone:  (949) 725-4000
5  Facsimile:  (949) 725-4100

6  Attorneys for Defendants
   GREENFLY MEDIA NETWORK LLC
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKEEM O. BROWN,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>GREENFLY MEDIA NETWORK, LLC, and BRENDON KENSEL, and DOES 1-10<br><br>　　　　Defendant.<br><br>―――――――――――――――<br>GREENFLY MEDIA NETWORK, LLC,<br><br>　　　　Counterclaim-Plaintiff,<br><br>　　　　vs.<br><br>AKEEM O. BROWN, an individual and DREAM SPORTS MANAGEMENT, INC., a California corporation<br><br>　　　　Counterclaim-Defendants | CASE NO. CV12-02113 DMR<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br><br>Judge: Hon. Donna M. Ryu<br>Courtroom:　　4<br><br><br>Judge: Hon. Kandis A. Westmore, for settlement purposes |

-1-

[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

LITIOC/2064195v1/102013-0003

1  IT IS HEREBY ORDERED that:

2      The Settlement Conference presently scheduled for February 20, 2013 be continued to

3  March 15, 2013.

5  DATED: February 14, 2013

                                 By: *Kandis Westmore*
                                      Honorable Kandis A. Westmore
                                      United States District Court Magistrate Judge

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-

[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE
LITIOC/2064195v1/102013-0003