United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEM O. BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>GREENFLY MEDIA NETWORK, LLC, BRENDON KENSEL, and DOES 1-10,<br><br>  Defendants.<br>_____<br>GREENFLY MEDIA NETWORK, LCC,<br><br>  Counterclaim-Plaintiff,<br><br>  v.<br><br>AKEEM O. BROWN and DREAM SPORTS MANAGEMENT INC.,<br><br>  Counterclaim-Defendants.<br>_____/ | No. C-12-02113 DMR<br><br>**ORDER TO SHOW CAUSE** |

The Joint Stipulation of Dismissal With Prejudice [Docket No. 56] did not include Counter-Defendant Dream Sports Management Inc. The parties are instructed to inform the court by **April 26, 2013** whether Dream Sports Management Inc. has also dismissed its claims. If it has not, Dream Sports Management Inc. is ordered to show cause by **April 26, 2013** why it should not be dismissed for failure to appear through lawyer as required by law.

IT IS SO ORDERED.

Dated: April 15, 2013

DONNA M. RYU
United States Magistrate Judge