United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKEEM O. BROWN, | No. C-12-02113 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| GREENFLY MEDIA NETWORK, LLC, BRENDON KENSEL, and DOES 1-10, | |
| Defendants. | |
| GREENFLY MEDIA NETWORK, LCC, | |
| Counterclaim-Plaintiff, | |
| v. | |
| AKEEM O. BROWN and DREAM SPORTS MANAGEMENT INC., | |
| Counterclaim-Defendants. | |

The Joint Stipulation of Dismissal With Prejudice [Docket No. 56] did not include Counter-Defendant Dream Sports Management Inc. The parties are instructed to inform the court by **April 26, 2013** whether Dream Sports Management Inc. has also dismissed its claims. If it has not, Dream Sports Management Inc. is ordered to show cause by **April 26, 2013** why it should not be dismissed for failure to appear through lawyer as required by law.

IT IS SO ORDERED.

Dated: April 15, 2013

DONNA M. RYU
United States Magistrate Judge

2